**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

THERESA DEGRAFF,

        Plaintiff,

vs.                                                  Case No. 3:12-cv-733-J-32TEM

SMA BEHAVIORAL HEALTH SERVICES,
INC., d/b/a STEWART MARCHMAN ACT
BEHAVIORAL HEALTHCARE and
PUTNAM COUNTY ALCOHOL AND DRUG
COUNCIL, INC., d/b/a PUTNAM – ST.
JOHNS BEHAVIORAL HEALTHCARE,

        Defendants.

---

**ORDER**

This FLSA case is before the Court on the Magistrate Judge's January 30, 2013 Report and Recommendation (Doc. 14) which reviewed the parties' proposed negotiated settlement. The parties have not filed any objections, and the time to do so has now passed. Accordingly, upon independent review, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 14) of the Magistrate Judge is **ADOPTED** in full as the opinion of the Court.

2. The Joint Motion for Approval of Settlement and Motion to Dismiss with Prejudice (Doc. 11) is **GRANTED in part** to the extent stated in the Report and Recommendation.

3. The parties' proposed Settlement Agreement (Doc. 11-1) is **APPROVED** as a

fair and reasonable resolution of a *bona fide* FLSA dispute among the parties to this action.

    4.    This case is **DISMISSED WITH PREJUDICE**.

    5.    The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 5th day of March, 2013.

                                        TIMOTHY J. CORRIGAN
                                        United States District Judge

jk.
Copies:
Honorable Thomas E. Morris
United States Magistrate Judge

counsel of record